# EXHIBIT "A"

# THE LAW OFFICES OF ZANDRO E. PALMA, P.A.

3100 SOUTH DIXIE HIGHWAY  SUITE 202  •  MIAMI, FLORIDA 33133
PHONE: 305-446-1500  •  FAX: 305-446-1502

May 13, 2013

<u>SENT VIA CERTIFIED U.S. MAIL ***# 7010 1870 0003 5219 7087***</u>
<u>CONFIDENTIAL SETTLEMENT COMMUNICATION</u>

Atlantic Trucking & Warehousing, Inc
Through Its Registered Agent
Jose F. Vega
3523 NW 116th St
Miami, Fl 33167



<u>Re:Daniel Martinez v. Atlantic Trucking & Warehousing, Inc/Oceanic Transportation, Inc</u>
   <u>Notice of Intent to Initiate Litigation under the Florida</u>
   <u>Minimum Wage Act, FL Statute Section 448.110</u>

Dear Mr. Vega:

Please be advised that this office has been retained to represent Mr. Daniel Martinez with regards to his claim for unpaid wages under Federal law and pursuant to the provisions of the State of Florida Constitution Art. X, Section 24 and the Florida Minimum Wage Act, Chapter 448.110.

Our client, Mr. Daniel Martinez, who can be reached at The Law Offices of Zandro E. Palma, hereby notifies you pursuant to Florida Statute § 448.110 of his intent to bring a civil action against Atlantic Trucking & Warehousing, Inc/ Oceanic Transportation, Inc and you to recover his unpaid wages.

Our client claims he worked for you from approximately February 2001 to April 29, 2013. Mr. Martinez worked approximately 83 hours per week but he was paid for all hours at a regular rate of $6.27 (not even the minimum wage). As a result, you still owe Mr. Martinez's unpaid wages. Our client indicates that you owe him $15, 218.88 in unpaid wages (please see calculation below). Clearly, Mr. Martinez was not paid according to the Florida Minimum Wage Act.

Based on our <u>preliminary</u> calculations, you have failed to pay our clients approximately $15, 218.88 in Florida Minimum Wages:

<u>Unpaid wages</u>
83 hours worked
Reg. Rate paid $6.27

2010  $7.25 FMW Rate - $6.27 Reg. Rate paid = $0.98 FMW Dif
      $0.98 FMW Dif x 83 hrs worked= $81.34 per week x 36 weeks = $2,928.24

2011  $7.25 FMW Rate  - $6.27 Reg. Rate paid = $0.98 FMW Dif
          0.98 FMW Dif x 83 hrs worked= $81.34 per week x 52 weeks = $4,229.68

2012 $7.67 FMW Rate - $6.27 Reg. Rate paid = $1.40 FMW Dif
          $1.40 FMW Dif x 83 hrs worked=$116.20 per week x 52 weeks = $6,042.40

2013 $7.79 FMW Rate - $6.27 Reg. Rate paid = $1.52 FMW Dif
          $1.52 FMW Dif x 83 hrs worked=$126.16 per week x 16 weeks = $2,018.56

<u>Total Unpaid Florida Minimum Wage</u>
$15, 218.88

     Our clients will bring an action to recover the statutorily required minimum wage while employed by Defendant within the five years preceding this lawsuit.  In addition, our clients will be entitled to the same amount for liquidated damages as well as attorney's fees and costs.

     Florida Statutes § 448.110 affords you 15 calendar days to resolve this matter before suit will be brought against you and your company to recover unpaid wages and associated relief.

     We look forward to your prompt and positive response. Should you have any questions, or wish to discuss this matter further, please feel free to contact me at the numbers listed above.

Cordially,


Zandro E. Palma, Esq.
For the Firm

## THE LAW OFFICES OF ZANDRO E. PALMA, P.A.

3100 SOUTH DIXIE HIGHWAY  SUITE 202  •  MIAMI, FLORIDA 33133
PHONE: 305-446-1500  •  FAX: 305-446-1502

May 13, 2013

**SENT VIA CERTIFIED U.S. MAIL ***# 7010 1870 0003 5219 7087***
CONFIDENTIAL SETTLEMENT COMMUNICATION**

Atlantic Trucking & Warehousing, Inc
Through Its Registered Agent
Jose F. Vega
3523 NW 116th St
Miami, Fl 33167



**Re:Daniel Martinez v. Atlantic Trucking & Warehousing, Inc/Oceanic Transportation, Inc
   Notice of Intent to Initiate Litigation under the Florida
   Minimum Wage Act, FL Statute Section 448.110**

Dear Mr. Vega:

Please be advised that this office has been retained to represent Mr. Daniel Martinez with regards to his claim for unpaid wages under Federal law and pursuant to the provisions of the State of Florida Constitution Art. X, Section 24 and the Florida Minimum Wage Act, Chapter 448.110.

Our client, Mr. Daniel Martinez, who can be reached at The Law Offices of Zandro E. Palma, hereby notifies you pursuant to Florida Statute § 448.110 of his intent to bring a civil action against Atlantic Trucking & Warehousing, Inc/ Oceanic Transportation, Inc and you to recover his unpaid wages.

Our client claims he worked for you from approximately February 2001 to April 29, [...] approximately 83 hours per week but he was paid for all hours at a [...]ult you still owe Mr. Martinez's [...] in unpaid wages (please see [...] the Florida Minimum Wage [...] pay our clients approximately

SENDER: COMPLETE THIS SECTION

Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
Print your name and address on the reverse
so that we can return the card to you.
Attach this card to the back of the mailpiece,
or on the front if space permits.

Article Addressed to:

ose F. Vega
23 NW 116th Street
ami Fl 33167.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____   ☐ Agent
                     ☐ Addressee
B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

le Number
sfer from service label)

7010 1870 0003 5219 7087

n 3811, February 2004       Domestic Return Receipt

102595-02-M-1540

eeks = $2,928.24